HOWARD S. DECK, APPELLANT, v. GASTON BELL ET AL., RESPONDENTS.

Argued June 27, 1917—Decided October 12, 1917.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 96.

For the appellant, *G. Rowland Munroe.*

For the respondents, *William B. Gourley.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 13.

*For reversal*—None.